# CERTIFICATE OF SERVICE

I hereby certify that in addition to the notice and service provided through the Court's ECF system, on June 18, 2020, I caused a true and correct copy of the *Objection of Certain Utility Companies to the Motion of Debtors for Entry of Interim and Final Orders Under 11 U.S.C. §§ 105(a) and 366 (I) Prohibiting Utility Companies from Altering or Discontinuing Service on Account of Prepetition Invoices, (II) Approving Deposit as Adequate Assurance of Payment, and (III) Establishing Procedures for Resolving Requests by Utility Companies for Additional Assurance of Payment* to be served by email on:

| | |
|---|---|
| John H. Knight | George A. Davis |
| Russell C. Silberglied | Keith A. Simon |
| Paul N. Heath | David Hammerman |
| Zachary I. Shapiro | Anu Yerramalli |
| RICHARDS, LAYTON & FINGER, P.A. | Madeleine C. Parish |
| One Rodney Square | LATHAM & WATKINS LLP |
| 920 King Street | 885 Third Avenue |
| Wilmington, Delaware 19801 | New York, New York 10022 |
| Email: knight@rlf.com | Email: george.davis@lw.com |
|     silberglied@rlf.com |     keith.simon@lw.com |
|     heath@rlf.com |     david.hammerman@lw.com |
|     shapiro@rlf.com |     anu.yerramalli@lw.com |
| |     madeleine.parish@lw.com |
| *Debtors' Counsel* | *Debtors' Counsel* |

    /s/ *William F. Taylor, Jr.*
    William F. Taylor, Jr. (#2936)