IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

---------------------------------------------------------- x
                                                           :
In re:                                                     :    Chapter 11
                                                           :
LIBBEY GLASS INC., *et al.*,[1]                            :    Case No. 20-11439 (LSS)
                                                           :
              Debtors.                                     :    (Jointly Administered)
                                                           :
                                                           :    **Re: Docket No. 512**
---------------------------------------------------------- x

**ORDER EXTENDING THE EXCLUSIVE
PERIODS TO FILE AND SOLICIT ACCEPTANCES OF A
CHAPTER 11 PLAN AND GRANTING RELATED RELIEF**

Upon the motion (the "**Motion**")[2] of the Debtors for entry of an order extending the periods within which only the Debtors may file a chapter 11 plan and solicit acceptances thereof by approximately ninety (90) days each, pursuant to section 1121(d) of the Bankruptcy Code, all as more fully set forth in the Motion; the Court having reviewed the Motion and having considered the statements of counsel with respect to the Motion at a hearing (if any) before the Court; and the Court having jurisdiction to consider the Motion and the relief requested therein in accordance with 28 U.S.C. §§ 157 and 1334 and the *Amended Standing Order of Reference from the United States District Court for the District of Delaware*, dated as of February 29, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and that this Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this

---

[1] The Debtors in these cases, along with the last four digits of each Debtor's federal tax identification number, are: Libbey Glass Inc. (4107), Libbey Inc. (9357), Libbey.com LLC (6913), Syracuse China Company (1904), The Drummond Glass Company (0383), LGC Corp. (6034), LGAC LLC (0497), World Tableware Inc. (1231), LGFS Inc. (0975), LGAU Corp. (5531), LGA4 Corp. (5673), and LGA3 Corp. (1505). The Debtors' address is P.O. Box 10060, Toledo, Ohio 43699-0060.

[2] Capitalized terms not otherwise defined herein shall have the meanings given to them in the Motion.

district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that proper and adequate notice of the Motion has been given and that no other or further notice is necessary; and upon the record herein; and after due deliberation thereon; and the Court having determined that there is good and sufficient cause for the relief granted in this Order, it is hereby

**ORDERED, ADJUDGED, AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. Pursuant to section 1121(d) of the Bankruptcy Code, the Exclusive Filing Period is extended through and including December 28, 2020.

3. Pursuant to section 1121(d) of the Bankruptcy Code, the Exclusive Solicitation Period is extended through and including February 26, 2021.

4. This Order shall be without prejudice to (i) the Debtors' right to seek further extensions of the Exclusive Periods consistent with section 1121(d) of the Bankruptcy Code as may be necessary or appropriate or (ii) the right of any party in interest to object to any such further extensions or seek to reduce the Exclusive Periods for cause in accordance with section 1121(d) of the Bankruptcy Code.

5. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

6. The Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

**LAURIE SELBER SILVERSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

**Dated: October 13th, 2020**
**Wilmington, Delaware**

3

RLF1 24122964v.1